## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES DONALD HERRING,** | * | |
| Plaintiff, | * | |
| v. | * | CASE NO. 1:06-cv-0003-BH-C |
| **WILLIAM R. BEASLEY,** and **BEASLEY TRUCKING, et al.,** | * | |
| Defendants. | | |

### REPORT OF MEDIATOR

The undersigned is pleased to inform the court that the parties continued to negotiate after the mediation and the case has settled. The parties are in the process of exchanging the settlement drafts and a Stipulation of Dismissal within 30 days. The undersigned sincerely appreciates the opportunity to work with each of these lawyers and to assist the court in resolving this matter.

Respectfully submitted,

s/s M. WARREN BUTLER
M. WARREN BUTLER
BUTLM3190
Mediator
Lyons, Pipes & Cook, P.C.
P. O. Box 2727
Mobile, AL   36652
Phone: (251) 441-8229
Fax: (251) 433-1820
E-mail:   MWB@lpclaw.com

CERTIFICATE OF SERVICE

      I do hereby certify that I have on this 21st day of August, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Kenneth A. Hitson Jr., Esq.
Nix, Holtsford, Gilliland, Higgins,
& Hitson, P.C.
29000 U. S. Highway 98, Suite A-302
Daphne, AL   36526

Richard H. Holston, Esq.
Taylor, Martino, Kuykendall
P. O. Box 894
Mobile, AL   36601

                            s/s M. WARREN BUTLER
                            M. WARREN BUTLER
                            BUTLM3190
                            Mediator
                            Lyons, Pipes & Cook, P.C.
                            P. O. Box 2727
                            Mobile, AL   36652
                            Phone: (251) 441-8229
                            Fax: (251) 433-1820
                            E-mail:   MWB@lpclaw.com